✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | **District of** | CALIFORNIA |
|---|---|---|

MARY MOORE

Plaintiff (s),

V.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  12-CV-06201-PJH

Notice is hereby given that, subject to approval by the court,   The Group Long Term Disability Plan   substitutes
(Party (s) Name)

Keiko J. Kojima ,  State Bar No.  206595   as counsel of record in
(Name of New Attorney)

place of   Andrew S. Williams / Vivian I. Orlando
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Burke, Williams & Sorensen, LLP

Address:   444 South Flower Street, Suite 2400, Los Angeles, CA 90071-2953

Telephone:   (213) 236-0600    Facsimile   (213) 236-2700

E-Mail (Optional):   kkojima@bwslaw.com

I consent to the above substitution.

Date:   4-10-13

THE GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF THE
GROUP INSURANCE TRUST OF THE CALIFORNIA SOCIETY OF CERTIFIED
PUBLIC ACCOUNTANTS, PLAN NUMBER 18 LTD-501

(Signature of Party (s))

I consent to being substituted.

Date:   4/9/13

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   4/10/13

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   4/12/13

IT IS SO ORDERED
Judge
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]