AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MARY MOORE

Plaintiff (s),

V.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 12-CV-06201-PJH

Notice is hereby given that, subject to approval by the court, __The Group Long Term Disability Plan__ substitutes
(Party (s) Name)

__Keiko J. Kojima__, State Bar No. __206595__ as counsel of record in
(Name of New Attorney)

place of __Andrew S. Williams / Vivian I. Orlando__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Burke, Williams & Sorensen, LLP

Address: 444 South Flower Street, Suite 2400, Los Angeles, CA 90071-2953

Telephone: (213) 236-0600   Facsimile (213) 236-2700

E-Mail (Optional): kkojima@bwslaw.com

I consent to the above substitution.
Date: 4-10-13

THE GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF THE GROUP INSURANCE TRUST OF THE CALIFORNIA SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS, PLAN NUMBER 78 LTD-501

(Signature of Party (s))

I consent to being substituted.
Date: 4/9/13

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/10/13

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/12/13

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]