# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MOORE,<br><br>     Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND THE GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF THE GROUP INSURANCE TRUST OF THE CALIFORNIA SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS, PLAN NUMBER LTD-501,<br><br>     Defendants. | Case No. 12-CV-06201-PJH<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed, with prejudice, in its entirety.  Each party is to bear their own attorneys' fees and costs.

DATED: 10/21/13  _____

HON. PHYLLIS J. HAMILTON
JUDGE, UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4826-0660-7126 v1     - 1 -     CASE NO. 12-CV-06201-PJH
PROPOSED ORDER RE STIPULATION FOR
DISMISSAL OF ACTION WITH PREJUDICE